Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18–14852–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Mauro Marangon
    10 Marlee Drive
    Spotswood, NJ 08884
Social Security No.:
    xxx–xx–9140
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/9/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 9, 2018
JAN: ckk

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-14852-KCF
Mauro Marangon                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 2           Date Rcvd: Oct 09, 2018
                           Form ID: 148           Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
db        +Mauro Marangon,    10 Marlee Drive,    Spotswood, NJ 08884-1023
cr        +U.S. Rof III Legal Title Trust 2015-1, by U.D. Ban,    Robertson, Anschutz & Schneid, P.L.,
           6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
517383652 +Budzik & Dynia, LLC,    4849 N. Milwaukee Avenue Suite 401,    Chicago, IL 60630-2169
517383659  Eastern Account System of Connecticut,    PO Box 837,    Newtown, CT 06470-0837
517383661 +Fein, Such, Kahn, & Shepard, P.C.,    7 Century Dr.,    Suite 201,    Parsippany, NJ 07054-4673
517383663 +Foreclosure Processing Service,    Superior Court Clerk s Office,
           25 W. Market Street, 6th Floor, North Wi,    Trenton, NJ 08611-2148
517383667 +Goldman & Warshaw PC,    PO Box 2500,    West Caldwell, NJ 07007-2500
517383674 +Middlesex County Court Special Civil,    PO Box 1146,    New Brunswick, NJ 08903-1146
517383675 +Middlesex County Special Civil Part,    P.O. Box 1146,    New Brunswick, NJ 08903-1146
517383679 +New Jersey Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
517383682 +Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517491664 ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
           TRENTON NJ 08646-0245
           (address filed with court: State of New Jersey,    Division of Taxation,    P.O. Box 245,
           Trenton, NJ 08695-0245)
517383683  Salute,    PO Box 790174,    Saint Louis, MO 63179-0174
517530465 +U.S. ROF III LEGAL TITLE TRUST 2015-1,    Fay Servicing LLC,    3000 Kellway Drive Ste 150,
           Carrollton TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        E-mail/Text: usanj.njbankr@usdoj.gov Oct 10 2018 01:12:05    U.S. Attorney,    970 Broad St.,
           Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg       +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 10 2018 01:12:01    United States Trustee,
           Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
           Newark, NJ 07102-5235
517383651  EDI: ACCE.COM Oct 10 2018 04:28:00    Asset Acceptance, LLC,    PO Box 2036,
           Warren, MI 48090-2036
517383654  EDI: CAPITALONE.COM Oct 10 2018 04:28:00    Capital One Bank (USA), N.A.,
           15000 Capital One Dr,    Henrico, VA 23238
517383653  EDI: CAPITALONE.COM Oct 10 2018 04:28:00    Capital One Bank,    P.O. Box 71083,
           Charlotte, NC 28272-1083
517383655  EDI: CAPITALONE.COM Oct 10 2018 04:28:00    Capital One Bank (USA), N.A.,    PO Box 71083,
           Charlotte, NC 28272-1083
517383656  EDI: MERRICKBANK.COM Oct 10 2018 04:28:00    CardWorks Servicing,    P.O. Box 30537,
           Tampa, FL 33630-3537
517383657  E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Oct 10 2018 01:12:30    Comcast,
           PO Box 69,    Newark, NJ 07101-0069
517383658  EDI: HFC.COM Oct 10 2018 04:28:00    Direct Merchants Bank,    PO Box 17313,
           Baltimore, MD 21297-1313
517383662 +E-mail/Text: bknotices@fenton-mcgarvey.com Oct 10 2018 01:11:05    Fenton & McGarvey Law Firm,
           2401 Stanley Gault Parkway,    Louisville, KY 40223-4175
517383665  EDI: RMSC.COM Oct 10 2018 04:28:00    GE Money Bank,    PO Box 960061,    Orlando, FL 32896-0061
517383666  EDI: GMACFS.COM Oct 10 2018 04:28:00    GMAC,    P.O. Box 78369,    Phoenix, AZ 85062-8369
517383668  EDI: HFC.COM Oct 10 2018 04:28:00    HSBC Card Services,    PO Box 17051,
           Baltimore, MD 21297-1051
517383670  EDI: IRS.COM Oct 10 2018 04:28:00    Internal Revenue Service,    44 South Clinton Ave,
           Trenton, NJ 08601
517383672 +E-mail/Text: bankruptcy@affglo.com Oct 10 2018 01:12:05
           Leading Edge Recovery Solutions, LLC,    5440 N Cumberland Ave. Ste 300,
           Chicago, IL 60656-1486
517536608  EDI: MERRICKBANK.COM Oct 10 2018 04:28:00    MERRICK BANK,    Resurgent Capital Services,
           PO Box 10368,    Greenville, SC 29603-0368
517383673 +EDI: MERRICKBANK.COM Oct 10 2018 04:28:00    Merrick Bank,    P.O. Box 9201,
           Old Bethpage, NY 11804-9001
517383676  EDI: MID8.COM Oct 10 2018 04:28:00    Midland Credit Management, Inc.,    P.O. Box 60578,
           Los Angeles, CA 90060-0578
517495116 +EDI: MID8.COM Oct 10 2018 04:28:00    Midland Credit Management, Inc. as agent for,
           Asset Acceptance LLC,    Po Box 2036,    Warren MI 48090-2036
517383678 +EDI: MID8.COM Oct 10 2018 04:28:00    Midland Funding LLC,    PO Box 939069,
           San Diego, CA 92193-9069
517383681  EDI: PRA.COM Oct 10 2018 04:28:00    Portfolio Recovery Assoc. LLC,    PO Box 41067,
           Norfolk, VA 23541-1067
517383684  EDI: RMSC.COM Oct 10 2018 04:28:00    Sam's Club,    PO Box 530942,    Atlanta, GA 30353-0942
517385866 +EDI: RMSC.COM Oct 10 2018 04:28:00    Synchrony Bank,    c/o of PRA Receivables Management, LLC,
           PO Box 41021,    Norfolk, VA 23541-1021
517383685 +EDI: ACCE.COM Oct 10 2018 04:28:00    Thomas Murtha, Esq.,    15 E Centre Street,
           Woodbury, NJ 08096-2415
517383686  EDI: USBANKARS.COM Oct 10 2018 04:28:00    U.S. Bank National Association,
           60 Livingston Avenue,    Saint Paul, MN 55107
517527277 +EDI: AIS.COM Oct 10 2018 04:28:00    Verizon,    by American InfoSource LP as agent,
           4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                              TOTAL: 26

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Oct 09, 2018
                               Form ID: 148             Total Noticed: 40
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517383660       Fay Servicing
517383671*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Services,   P.O. Box 9052,
                 Andover, MA 01810-9052)
517383669*     +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
517383677*      Midland Credit Management, Inc.,   PO Box 60578,   Los Angeles, CA 90060-0578
517383664      ##Fulton , Friedman, & Gullace, LLP,   PO Box 2123,   Warren, MI 48090-2123
517383680      ##+Nudelman, Klemm, & Golub,   425 Eagle Rock Ave. Suite 403,   Roseland, NJ 07068-1787
                                                                  TOTALS: 1, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2018 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
          National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    U.S. Rof III Legal Title Trust 2015-1, by U.D. Bank
          National Association, as Legal Title Trustee bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor    U.S. Rof III Legal Title Trust 2015-1, by U.D. Bank
          National Association, as Legal Title Trustee bkyecf@rasflaw.com,
          bkyecf@rasflaw.com/legerman@rasnj.com
          R. A. Lebron    on behalf of Creditor    Fay Servicing LLC, as servicer for U.S. ROF III LEGAL
          TITLE TRUST 2015-1 BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE
          bankruptcy@feinsuch.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
          National Association, as Legal Title Trustee rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Yakov  Rudikh    on behalf of Debtor Mauro  Marangon yrudikh@gmail.com,
          rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                  TOTAL: 8
```